# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2953
_____

JEREMY M. CARTER,

Petitioner,

v.

PAUL HERNANDEZ, JULIO
GIRALDO, CARLOS ACOSTA, and
OSCAR SUAREZ,

Respondents.

_____

Petition for Writ of Mandamus–Original Jurisdiction.

October 24, 2018

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

ROBERTS, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeremy M. Carter, pro se, Petitioner.

No appearances for Respondents.